IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Russell D. Norris, | ) | Case No.: 7:18-1991-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Hartford Life and Accident Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to January 27, 2019. The parties have advised the court that they would like to explore settlement at or before mediation before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to file the joint stipulation and the parties' respective memoranda to be moved to February 26, 2019. For good cause shown, the court does believe that an extension of time within which to mediate and to file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to January 27, 2019 and to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to February 26, 2019.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by January 28, 2019 and to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until February 26, 2019. In all other regards, the parties shall comply with the specialized case management order.

**AND, IT IS SO ORDERED.**

                                              s/Donald C. Coggins, Jr.
                                              The Honorable Donald C. Coggins, Jr.
                                              United States District Judge

Date: December 3, 2018
Spartanburg, South Carolina